Fill in this information to identify your case:

United States Bankruptcy Court for the:

___Eastern___ District of ___Michigan___

Case number (if known) _____

Chapter you are filing under:
- [x] Chapter 7
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13

- [ ] Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/17

*The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together-called a joint case-and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses Debtor 1 and Debtor 2 to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2. The same person must be Debtor 1 in all of the forms.*

*Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.*

## Part 1: Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name** Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | Marcus <br> First Name <br><br> Middle Name <br><br> Person <br> Last Name <br><br> Sr. <br> Suffix (Sr., Jr., II, III) | Florence <br> First Name <br><br> Irene <br> Middle Name <br><br> Person <br> Last Name <br><br> Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years** Include your married or maiden names. | First Name <br><br> Middle Name <br><br> Last Name <br><br> First Name <br><br> Middle Name <br><br> Last Name | First Name <br><br> Middle Name <br><br> Last Name <br><br> First Name <br><br> Middle Name <br><br> Last Name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 5 9 7 3 <br> OR <br> 9xx – xx – ___ ___ ___ ___ | xxx – xx – 3 6 7 1 <br> OR <br> 9xx – xx – ___ ___ ___ ___ |

19-31674-jda    Doc 1    Filed 07/15/19    Entered 07/15/19 12:42:01    Page 1 of 73

|   |   | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|

**4** Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years.

Include trade names and doing business as names

**About Debtor 1:**

☑ I have not used any business names or EINs

Business Name _____

Business Name _____

- _____
EIN

- _____
EIN

**About Debtor 2 (Spouse Only in a Joint Case):**

☑ I have not used any business names or EINs

Business Name _____

Business Name _____

- _____
EIN

- _____
EIN

---

**5** Where you live

1912 Lloyd St
Number        Street

_____

Flint, MI  48504-7110
City              State    Zip Code

Genesee
County

If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.

_____
Number        Street

_____
P.O. Box

_____
City              State    Zip Code

If Debtor 2 lives at a different address:

_____
Number        Street

_____

_____
City              State    Zip Code

_____
County

If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.

_____
Number        Street

_____
P.O. Box

_____
City              State    Zip Code

---

**6** Why you are choosing this district to file for bankruptcy

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain (See 28 U.S.C. § 1408.)

_____
_____
_____
_____

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain (See 28 U.S.C. § 1408.)

_____
_____
_____
_____

---

Official Form 101          Voluntary Petition for Individuals Filing for Bankruptcy          page 2

## Part 2:     Tell the Court About Your Bankruptcy Case

| 7 | The chapter of the Bankruptcy Code you are choosing to file under | *Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010). Also, go to the top of page 1 and check the appropriate box. |
|---|---|---|
| | | ☑   Chapter 7 |
| | | ☐   Chapter 11 |
| | | ☐   Chapter 12 |
| | | ☐   Chapter 13 |

| 8 | How you will pay the fee | ☑   **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address. |
|---|---|---|
| | | ☐   **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A) |
| | | ☐   **I request that my fee be waived.** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition. |

| 9 | Have you filed for bankruptcy within the last 8 years? | ☑ No | | | | | |
|---|---|---|---|---|---|---|---|
| | | ☐ Yes | District _____ | When _____ | | Case Number _____ | |
| | | | | MM / DD / YYYY | | | |
| | | | District _____ | When _____ | | Case Number _____ | |
| | | | | MM / DD / YYYY | | | |
| | | | District _____ | When _____ | | Case Number _____ | |
| | | | | MM / DD / YYYY | | | |

| 10 | Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate? | ☑ No | | | | |
|---|---|---|---|---|---|---|
| | | ☐ Yes | Debtor _____ | | Relationship to you _____ | |
| | | | District _____ | When _____ | Case Number, if known _____ | |
| | | | | MM / DD / YYYY | | |
| | | | Debtor _____ | | Relationship to you _____ | |
| | | | District _____ | When _____ | Case Number, if known _____ | |
| | | | | MM / DD / YYYY | | |

| 11 | Do you rent your residence? | ☑ No | Go to line 12. |
|---|---|---|---|
| | | ☐ Yes | Has your landlord obtained an eviction judgment against you? |
| | | | ☐   No. Go to line 12. |
| | | | ☐   Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition. |

## Part 3:   Report About Any Businesses You Own as a Sole Proprietor

**12 Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a serarate legal entity such as a corporation, partnership, or LLC.
If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

[✓] **No.** Go to Part 4.

[ ] **Yes.** Name and location of business

Name of business, if any

Number     Street

City        State    Zip Code

*Check the appropriate box to describe your business:*

[ ] Health Care Business (as defined in 11 U.S.C. § 101(27A))

[ ] Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

[ ] Stockbroker (as defined in 11 U.S.C. § 101(53))

[ ] Commodity Broker (as defined in 11 U.S.C. § 101 (6))

[ ] None of the above

**12 Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of small business debtor, see 11 U.S.C. § 101 (51D)

If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small busiess debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

[✓] **No.** I am not filing under Chapter 11.

[ ] **No.** I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

[ ] **Yes.** I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

## Part 4:   Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention.

**13 Do you own or have any property that poses or is alleged to pose a threat o imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?

[✓] No.

[ ] Yes. What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property

Number     Street

City        State    Zip Code

## Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**15** Tell the court whether you have received a briefing about credit counseling.

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

| About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|
| *You must check one:* | *You must check one:* |
| ☑ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.<br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. | ☑ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.<br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. |
| ☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.<br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. | ☐ I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.<br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. |
| ☐ I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br><br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. | ☐ I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br><br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. |
| ☐ I am not required to receive a briefing about credit counseling because of: | ☐ I am not required to receive a briefing about credit counseling because of: |
| ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances. | ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances. |
| ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. | ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so. |
| ☐ **Active duty.** I am currently on active military duty in a military combat zone. | ☐ **Active duty.** I am currently on active military duty in a military combat zone. |
| If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. | If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

19-31674-jda    Doc 1    Filed 07/15/19    Entered 07/15/19 12:42:01    Page 5 of 73

**Part 6**    **Answer These Questions for Reporting Purposes**

| 16 What kind of debts do you have? | **16a.** Are your debts primarily consumer debts? *Consumer debts* are defined in 11 U.S.C. § 101 (8) as "incurred by an individual primarily for a personal, family, or household purpose." |
|---|---|

☐ No. Go to line 16b.

☑ Yes. Go to line 17.

**16b.** Are your debts primarily business debts? *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts.

---

**17** Are you filing under Chapter 7?

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☐ No.   I am not filing under Chapter 7. Go to line 18.

☑ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

     ☑ No

     ☐ Yes

---

**18** How many creditors do you estimate that you owe?

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,000-50,000
☐ 50,001-100,000
☐ More than 100,000

---

**19** How much do you estimate your assets to be worth?

☑ $0-$50,000
☐ $50,000-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

**20** How much do you estimate your liabilities to be?

☑ $0-$50,000
☐ $50,000-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

**Part 7**    **Sign Below**

**For you**

I have examined this petition, an I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed Under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 3429(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _Mun Fun_        X _Florena Person_
Signature of Debtor 1                Signature of Debtor 2

Executed on   **6/28/2019**        Executed on   **6/28/2019**
        MM / DD / YYYY                MM / DD / YYYY

For your attorney, if you
are represented by one

If you are not represented by
an attorney, you do not need
to file this page.

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. 342(b) and, in a case in which 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

X _____          Date    6/28/2019
   Signature of Attorney for Debtor                   MM / DD / YYYY

John A. Streby
Printed name

John A. Streby
Firm Name

444 Church St.
Number      Street


Flint, MI  48502
City                              State        Zip Code


Contact Phone    (810) 767-2700              Email address    johnstreby@gmail.com

P-26397                                      Michigan
Bar number                                   State

Fill in this information to identify your case:

| Debtor 1 | Marcus | | Person | · Sr. |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | Florence | Irene | Person | |
| (Spouse, if filing) | First Name | Middle Name | Last Name | |

United States Bankruptcy Court for the: **Eastern** District of **Michigan**

Case number
(if known) _____

☐ Check if this is an amended filing

## Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information

**12/15**

Be as complete and accurate as possible. If two married people are filing together, are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file you original forms, you must fill out a new Summary and check the box at the top of this page.

### Part 1: Summarize Your Assets

| | | Your assets Value of what you own |
|---|---|---|
| 1 | Schedule A/B: Property (Official Form 106A/B) | |
| 1a | Copy line 55, Total real estate, from Schedule A/B | $ 15,900.00 |
| 1b | Copy line 62, Total personal property, from Schedule A/B | $ 15,020.00 |
| 1c | Copy line 63, Total of all property on Schedule A/B | $ 30,920.00 |

### Part 2: Summarize Your Liabilities

| | | Your liabilities Amount you owe |
|---|---|---|
| 2 | Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D) | |
| 2a | Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D | $ 80,420.00 |
| 3 | Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 106E/F) | |
| 3a | Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F. | $ 17,565.00 |
| 3b | Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F. | + $ 47,058.19 |
| | **Your total liabilities** | $ 145,043.19 |

### Part 3: Summarize Your Income and Expenses

| | | |
|---|---|---|
| 4 | Schedule I: Your Income (Official Form 106I) Copy your combined monthly income from line 12 of Schedule I | $ 3,285.00 |
| 5 | Schedule J: Your Expenses (Official Form 106J) Copy your monthly expenses from line 22c of Schedule J | $ 3,285.00 |

## Part 4: Answer These Questions for Administrative and Statistical Records

**6**    Are you filing for bankruptcy under Chapters 7, 11, or 13?

☐   No. You have nothing to report on this part of the form. Check this box and submit this form to the court with you other schedules

☑   Yes.

**7**    What kind of debts do you have?

☑   Your debts are primarily consumer debts. Consumer debts are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐   Your debts are not primarily consumer debts. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8**    From the Statement of Your Current Monthly Income: Copy your total current monthly income from Official Form 122A-1 Line 11, OR, Form 122B Line 11, OR, Form 122C-1 Line 14.

     $      545.00

**9**    Copy the following special categories of claims from Part 4, line 6 of Schedule E/F.

Total claim

From Part 4 on Schedule E/F, copy the following:

| | | |
|---|---|---|
| 9a | Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b | Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 17,565.00 |
| 9c | Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d | Student loans (Copy line 6f.) | $ _____ |
| 9e | Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f | Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $ _____ |
| 9g | Total. Add lines 9a through 9f. | $ 17,565.00 |

| Debtor 1 | Marcus | | Person | Sr. |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | Florence | Irene | Person | |
| (Spouse, if filing) | First Name | Middle Name | Last Name | |

United States Bankruptcy Court for the: Eastern District of Michigan

Case number (if known) _____

☐ Check if this is an amended filing

**Official Form 106A/B**

# Schedule A/B: Property

**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report of this form.

   ☑ Yes

### 1.1 1912 Lloyd St
Street address, if available, or other description

Flint, MI 48504-7110
City    State    ZIP Code

Genesee
County

**What is the property?** Check all that apply
- ☑ Single family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this form, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D. Creditors Who Have Claims Secured by Property.

Current value of the entire property?  $   15,000.00
Current value of the portion you own?  $   15,000.00

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

fee simple - subject to mortgage

☐ Check if this is community property (see instructions)

If you own or have more than one, list here:

### 1.2 Cemetary Lots
Street address, if available, or other description

Sunset Hills

Flint, Michigan
City    State    ZIP Code

Genesee
County

**What is the property?** Check all that apply
- ☐ Single family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☑ Other _____

**Who has an interest in the property?** Check one
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information you wish to add about this form, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D. Creditors Who Have Claims Secured by Property.

Current value of the entire property?  $      900.00
Current value of the portion you own?  $      900.00

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

owner - 3 cemetary plots

☐ Check if this is community property (see instructions)

Official Form 106A/B                    Schedule A/B: Property                    page  1

**1.3**

Street address, if available, or other description

_____

_____

City      State     ZIP Code

_____

_____

County

**What is the property?** Check all that apply

- [ ] Single family home
- [x] Duplex or multi-unit building
- [ ] Condominium or cooperative
- [ ] Manufactured or mobile home
- [ ] Land
- [ ] Investment property
- [ ] Timeshare
- [ ] Other _____

**Who has an interest in the property?** Check one

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

Other information you wish to add about this form, such as local

property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D. Creditors Who Have Claims Secured by Property.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ _____ | $ _____ |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

_____

- [ ] Check if this is community property (see instructions)

**2** Add the dollar value of the portion you own for all of you entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here. . . . . . . . . . . . . . . .    ⟹    | $    15,900.00 |

---

**Part 2**    **Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases*.

**1** Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

- [ ] No
- [x] Yes

**3.1**

| Make | Dodge |
|---|---|
| Model | Caravan |
| Year | 2009 |
| Approximate mileage | 82000 |
| Other information | |

Subject to $5781 lien

**Who has an interest in the property?** Check one

- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D. Creditors Who Have Claims Secured by Property.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $   6,000.00 | $   6,000.00 |

If you own or have more than one, list here:

**3.2**

| Make | Chevrolet |
|---|---|
| Model | Express Van |
| Year | 1999 |
| Approximate mileage | 170000 |
| Other information | |

**Who has an interest in the property?** Check one

- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D. Creditors Who Have Claims Secured by Property.

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $   600.00 | $   600.00 |

---

Official Form 106A/B        Schedule A/B: Property        page   2

**3.3**   Make    __Utility Trailer__

Model

Year

Approximate mileage

Other information

Who has an interest in the property? Check one

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D. Creditors Who Have Claims Secured by Property.

Current value of the entire property?      Current value of the portion you own?

$ _____300.00      $ _____300.00

---

**3.4**   Make

Model

Year

Approximate mileage

Other information

Who has an interest in the property? Check one

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D. Creditors Who Have Claims Secured by Property.

Current value of the entire property?      Current value of the portion you own?

$ _____      $ _____

---

**2** Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
    Examples: Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

- [x] No
- [ ] Yes

**4.1**   Make

Model

Year

Other information

Who has an interest in the property? Check one

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D. Creditors Who Have Claims Secured by Property.

Current value of the entire property?      Current value of the portion you own?

$ _____      $ _____

If you own or have more than one, list here:

**4.2**   Make

Model

Year

Other information

Who has an interest in the property? Check one

- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D. Creditors Who Have Claims Secured by Property.

Current value of the entire property?      Current value of the portion you own?

$ _____      $ _____

---

**5** Add the dollar value of the portion you own for all of you entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here. . . . . . . . . . . . . . . .

⟹   $ _____6,900.00

## Part 3:     Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct amount claims or exemptions

**6 Household goods and furnishings**
Examples: Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes. Describe....     Miscellaneous Household Goods      $     3,000.00

**7 Electronics**
Examples: Televisions and radios, audio, video, stereo, and digital equipment, computers, printers, scanners, music collections, electronic devices including cell phones, media players, games

☐ No
☑ Yes. Describe....     Miscellaneous Electronics      $     600.00

**8 Collectibles of value**
Examples: Antiques and figurines, paintings, prints, or other artwork, books, pictures, or other art objects, stamp, coin, or baseball card collections, other collections, memorabilia, collectibles

☑ No
☐ Yes. Describe....     Lennox figurines      $     800.00

**9 Equipment for sports and hobbies**
Examples: Sports, photographic, exercise, and other hobby equipment, bicycles, pool tables, golf clubs, skis, canoes and kayaks, carpentry tools, musical instruments

☑ No
☐ Yes. Describe....       $ _____

**10 Firearms**
Examples: Pistols, rifles, shotguns, ammunition, and related equipment

☐ No
☑ Yes. Describe....     Handgun      $     400.00

**11 Clothes**
Examples: Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☑ Yes. Describe....     Wearing apparel      $     700.00

**12 Jewelry**
Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
☑ Yes. Describe....     Miscellaneous Jewelry      $     1,100.00

**13 Non-farm animals**
Examples: Dogs, cats, birds, horses

☑ No
☐ Yes. Describe....       $ _____

**14 Any other personal and household items you did not already list, including any health aids you did not list**

☑ No
☐ Yes. Give specific information. . . . . . .       $ _____

**15**   Add the dollar value of the portion you own for all of you entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here. . . . . . . . . . . . . . . . ⟹    $     6,600.00

## Part 4     Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct amount claims or exemptions

### 16 Cash

Examples: Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes    ................................................................................... Cash: . . . . . .    $ _____ 80.00

### 17 Deposits of money

Examples: Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☑ No
☐ Yes  .............

Institution name:

| | | |
|---|---|---|
| 17.1 Checking account | UMCU | $ 500.00 |
| 17.2 Checking account | | $ |
| 17.3 Savings account | UMCU | $ 400.00 |
| 17.4 Savings account | | $ |
| 17.5 Certificates of deposit | | $ |
| 17.6 Other financial account | | $ |
| 17.7 Other financial account | | $ |
| 17.8 Other financial account | | $ |
| 17.9 Other financial account | | $ |

### 18 Bonds, mutual funds, or publicly traded stocks

Examples: Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes  .............

Institution or issuer name:

$ _____
$ _____
$ _____

### 19 Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture

☑ No
☐ Yes. Give specific information about them

| Name of entity: | % of ownership | |
|---|---|---|
| | ___ % | $ |
| | ___ % | $ |
| | ___ % | $ |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

Negotiable instruments include personal checks, cashiers' checks, promissory notes, and money orders. Non-negotiable instruments are those you cannot transfer to someone by signing or delivering them.

- ☑ No
- ☐ Yes. Give specific information about them

Issuer name:

_____    $ _____
_____    $ _____
_____    $ _____

**21. Retirement or pension accounts**

Examples:    Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

- ☑ No
- ☐ Yes. List each account separately

| Type of account | Institution name: | |
|---|---|---|
| 401(k) or similar plan: | _____ | $ _____ |
| Pension plan | _____ | $ _____ |
| IRA | _____ | $ _____ |
| Retirement account | _____ | $ _____ |
| Keogh | _____ | $ _____ |
| Additional account | _____ | $ _____ |
| Additional account | _____ | $ _____ |

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company.

Examples: Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

- ☑ No
- ☐ Yes

| | Institution name or individual: | |
|---|---|---|
| Electric | _____ | $ _____ |
| Gas | _____ | $ _____ |
| Heating oil | _____ | $ _____ |
| Security Deposit on rental unit | _____ | $ _____ |
| Prepaid rent: | _____ | $ _____ |
| Telephone: | _____ | $ _____ |
| Water: | _____ | $ _____ |
| Rented furniture: | _____ | $ _____ |
| Other: | _____ | $ _____ |

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

- ☑ No
- ☐ Yes

Issuer name and description:

_____    $ _____
_____    $ _____
_____    $ _____

24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes ............... Institution name and description.  Separately file the records of any interests. 11 U.S.C.  521(c)

$ _____
$ _____
$ _____

25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for you benefit

☑ No
☐ Yes.  Give specific information about them

$ _____

26. Patents, copyrights, trademarks, trade secrets, and other intellectual property
Examples:  Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes.  Give specific information about them

$ _____

27. Licenses, franchises, and other general intangibles
Examples:  Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes.  Give specific information about them

$ _____

**Money or property owed to you?**

Current value of the portion you own?
Do not deduct amount claims or exemptions

28. Tax refunds owed to you

☑ No
☐ Yes    Give specific information about them, including whether you already filed the returns and the tax years. . .

Accrued Tax Refunds

| Federal | $ | 170.00 |
| --- | --- | --- |
| State | $ | 70.00 |
| Local | $ | |

29. Family support
Examples:  Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes    Give specific information

| Alimony | $ | |
| --- | --- | --- |
| Maintenance | $ | |
| Support | $ | |
| Divorce settlement: | $ | |
| Property settlement: | $ | |

30. Other amounts someone owes you
Examples:  Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes    Give specific information. . . .

Accrued wages

$ _____ 150.00

**31** Interests in insurance policies

Examples: Health, or life insurance, health savings account (HAS), credit, homeowner's, or renter's insurance

☑ No

☐ Yes  Name the insurance company of each policy and list its value..

| Company name: | Beneficiary: | Surrender or refund value |
|---|---|---|
| _____ | _____ | $ _____ |
| _____ | _____ | $ _____ |
| _____ | _____ | $ _____ |

**32** Any interest in property that is due you from someone who has died

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☑ No

☐ Yes  Give specific information. . . .

$ _____

**33** Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment

Examples: Accidents, employment disputes, insurance claims, or rights to sue

☑ No

☐ Yes  Describe each claim . . .

$ _____

**34** Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims

☑ No

☐ Yes  Describe each claim . . .

$ _____

**35** Any financial assets you did not already list

☑ No

☐ Yes  Give specific information. . . .

$ _____

**36** Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here . . . . . . . .  ⟹  $ ____1,520.00____

**Part 5:**  Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part1.

**37** Any financial assets you did not already list

☑ No. Go to Part 6

☐ Yes. Go to line 38

Current value of the portion you own?
Do not deduct amount claims or exemptions

**38** Accounts receivable or commissions you already earned

☐ No

☐ Yes  Describe. . .

$ _____

**39** Office equipment, furnishings, and supplies

Examples: Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☐ No

☐ Yes  Describe. . .

$ _____

**40 Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☐ No

☐ Yes    Describe. . .    [_____]    $ _____

**41 Inventory**

☐ No

☐ Yes    Describe. . .    [_____]    $ _____

**42 Interests in partnerships or joint ventures**

☐ No

☐ Yes.  Describe...

| Name of entity: | % of ownership | |
|---|---|---|
| _____ | _____ % | $ _____ |
| _____ | _____ % | $ _____ |
| _____ | _____ % | $ _____ |

**43 Customer lists, mailing lists, or other compilations**

☐ No

☐ Yes.  Do your lists include personally identifiable information (as defined in 11 U.S.C. § 101(41A))?

   ☐ No

   ☐ Yes    Describe. . .    [_____]    $ _____

**44 Any business-related property you did not already list**

☐ No

☐ Yes.  Give specific
   information . . .

   _____    $ _____
   _____    $ _____
   _____    $ _____
   _____    $ _____
   _____    $ _____
   _____    $ _____

**45**    Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
   for Part 5.  Write that number here . . . . . . . .    ⟶    $ _____ -

---

**Part 6**    Describe any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
   If you own or have an interest in farmland, list it in Part 1.

**46 Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No.  Go to Part 7.

☐ Yes.  Go to line 47.

Current value of the portion you
own?
Do not deduct amount claims or
exemptions

**47 Farm animals**

Examples:  Livestock, poultry, farm-raised fish

☐ No

☐ Yes    . . . . . . . .    [_____]    $ _____

---

**48** Crops - either growing or harvested

☐ No
☐ Yes.  Give specific information . . .

$ _____

**49** Farm and fishing equipment, implements, machinery, fixtures, and tools of trade

☐ No
☐ Yes.  . . . . . . . .

$ _____

**50** Farm and fishing supplies, chemicals, and feed

☐ No
☐ Yes.  . . . . . . . .

$ _____

**51** Any farm- and commercial fishing-related property you did not already list

☐ No
☐ Yes.  Give specific information . . .

$ _____

**52** Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6.  Write that number here . . . . . . . .  ⟹  $ _____ -

---

**Part 7**    Describe All Property You Own or Have an Interest In That You Did Not List Above

**53** Do you have other property of any kind you did not already list?

Examples:  Season tickets, country club membership

☑ No
☐ Yes.  Give specific information . . .

$ _____
$ _____
$ _____

**54** Add the dollar value of all of your entries from Part 7, Write that number here . . . . . . . .  ⟹  $ _____ -

---

**Part 8**    List the Totals of Each Part of this Form

| | | | |
|---|---|---|---|
| **55** Part 1:  Total real estate, line 2 . . . . . . . . . . . . | ⟹ | $ | 15,900.00 |
| **56** Part 2:  Total vehicles, line 5 | $ | 6,900.00 | |
| **57** Part 3:  Total personal and household items, line 15 | $ | 6,600.00 | |
| **58** Part 4:  Total financial assets, line 36 | $ | 1,520.00 | |
| **59** Part 5:  Total business-related property, line 45 | $ | - | |
| **60** Part 6:  Total farm- and fishing-related property, line 52 | $ | - | |
| **61** Part 7:  Total other property not listed, line 54 | $ | - | |

**62** Total personal property.  Add lines 56 through 61. . . . . . .   $ 15,020.00   Copy personal property total ⟹  $ 15,020.00

**63** Total of all property on Schedule A/B.  Add line 55 + line 62.   $ 30,920.00

Official Form 106A/B                    Schedule A/B: Property                    page    10

| Debtor 1 | Marcus | | Person | Sr. |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | Florence | Irene | Person | |
| (Spouse, if filing) | First Name | Middle Name | Last Name | |

United States Bankruptcy Court for the: __Eastern__ District of __Michigan__

Case number _____
(if known)

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt - Debtor          04/19

*Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on Schedule A/B: Property (Official Form 106A/B:) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of Part 2: Additional Page as necessary. One the top of any additional pages, write your name and case number (if known).*

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions-such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds-may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1:          Identify the Property You Claim as Exempt

1. Which set of exemptions are you claiming? Check one only, even if your spouse is filing with you
   - ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   - ☑ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. For any property you list on Schedule A/B that you claim as exempt, fill in the information below.

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from Schedule A/B | Amount of the exemption you claim<br><br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: __1912 Lloyd St__<br><br>Line from Schedule A/B __1.1__ | $ __15,000.00__ | ☐ $ __no equity__<br>☑ 100% of fair market value, up to any applicable statutory limit | __11 U.S.C. § 522(d)(1)__ |
| Brief description: _____<br><br>Line from Schedule A/B _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br><br>Line from Schedule A/B _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |

3. Are you claiming a homestead exemption of more than $170,350?
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)
   - ☑ No.
   - ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
     - ☐ No.
     - ☐ Yes

19-31674-jda    Doc 1    Filed 07/15/19    Entered 07/15/19 12:42:01    Page 20 of 73

<table>
<tr><td>Part 2</td><td>Additional Page</td></tr>
</table>

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from Schedule A/B | Amount of the exemption you claim<br><br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| **Brief description:** Miscellaneous Household G<br>**Line from Schedule A/B** 6 | $ 3,000.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Brief description:** Wearing apparel<br>**Line from Schedule A/B** 11 | $ 700.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(3) |
| **Brief description:** Miscellaneous Jewelry<br>**Line from Schedule A/B** 12 | $ 1,100.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(4) |
| **Brief description:** Cash<br>**Line from Schedule A/B** 16 | $ 80.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Brief description:** Checking account<br>**Line from Schedule A/B** 17.1 | $ 500.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Brief description:** Savings account<br>**Line from Schedule A/B** 17.3 | $ 400.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Brief description:** Miscellaneous Electronics<br>**Line from Schedule A/B** 7 | $ 600.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Brief description:** Accrued Tax Refunds<br>**Line from Schedule A/B** 28 | $ 240.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| **Brief description:** _____<br>**Line from Schedule A/B** _____ | $ _____ | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | _____ |

| Debtor 1 | Marcus | | Person | Sr. | Case Number (if known) | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from Schedule A/B | Amount of the exemption you claim<br><br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Utility Trailer<br><br>Line from Schedule A/B   3.3 | $ 300.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: Cemetary Lots<br><br>Line from Schedule A/B   1.2 | $ 900.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(1) |
| Brief description: Handgun<br><br>Line from Schedule A/B   10 | $ 400.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: Accrued Wages<br><br>Line from Schedule A/B   30 | $ 150.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(d)(5) |
| Brief description: _____<br><br>Line from Schedule A/B _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br><br>Line from Schedule A/B _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br><br>Line from Schedule A/B _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br><br>Line from Schedule A/B _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br><br>Line from Schedule A/B _____ | $ _____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |

19-31674-jda    Doc 1    Filed 07/15/19    Entered 07/15/19 12:42:01    Page 22 of 73

| | | | |
|---|---|---|---|
| Debtor 1 | Marcus | Person | Sr. |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Florence | Irene | Person |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | Eastern | District of | Michigan |
| Case number (if known) | | | |

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

## Part 1: List All Secured Claims

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports the claim | Column C Unsecured portion if any |
|---|---|---|---|

**2.1**

Midland Mortgage
Creditor's Name

PO Box 268806
Number        Street

Oklahoma City, OK 73126
City        State

Who incurred the debt? Check one
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Date debt was incurred  8/20/08

Describe the property that secures the claim:

Home Mortgage

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Nature of lien. Check all that apply
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Last 4 digits of account number    55612195

| $ 74,639.00 | $ 15,000.00 | $ 59,639.00 |

**2.2**

U of M Credit Union
Creditor's Name

PO Box 7850
Number        Street

Ann Arbor, MI 48107
City        State

Who incurred the debt? Check one
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Date debt was incurred  7/6/16

Describe the property that secures the claim:

2009 Dodge Caravan

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

Nature of lien. Check all that apply
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Last 4 digits of account number    561150

| $ 5,781.00 | $ 6,000.00 | |

Add the dollar value of your entries in Column A on this page. Write that number here:    $ 80,420.00

19-31674-jda    Doc 1    Filed 07/15/19    Entered 07/15/19 12:42:01    Page 23 of 73

| | | | |
|---|---|---|---|
| Debtor 1 | Marcus | Person | Sr. |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Florence | Irene | Person |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | Eastern | District of | Michigan |
| Case number (if known) | | | |

☐ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1: List All of Your PRIORITY Unsecured claims

1. Do any creditors have priority unsecured claims against you?
   - ☑ No. Go to Part 2.
   - ☐ Yes

2. List all of your priority unsecured claims. If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.1** Genesee County Friend of Court
Priority Creditor's Name

Last 4 digits of account number _____ $ 17,565.00 $ _____ $ 17,565.00

1986-084774-DS
Number        Street

When was the debt incurred? Arrears only

1101 Beach St
Flint, MI 48502
City        State

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Who incurred the debt? Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Type of PRIORITY unsecured claim:
- ☐ Domestic Support Obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated.
- ☐ Other. Specify   Child Support

**2.2** _____
Priority Creditor's Name

Last 4 digits of account number _____ $ _____ $ _____ $ _____

When was the debt incurred? _____

Number        Street

City        State

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Who incurred the debt? Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

Is the claim subject to offset?
- ☐ No
- ☐ Yes

Type of PRIORITY unsecured claim:
- ☐ Domestic Support Obligations
- ☐ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated.
- ☐ Other. Specify

Official Form 106E/F        Schedule E/F: Creditors Who Have Unsecured Claims        page 1 of 18

| Debtor 1 | **Marcus** | | **Person** | **Sr.** | Case Number (if known) | _____ |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | | Last Name | | |

**3.** Do any creditors have nonpriority unsecured claims against you?

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes.

**4.** List all of your nonpriority unsecured claims in alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | Total claim |
|---|---|---|---|

### 4.1 Advanced Diagnostic Imaging

Nonpriority Creditor's Name

**Shek Law Offices**

Number       Street

**803 N Michigan Ave**

**Saginaw, MI  48602**

City                State            Zip Code

Last 4 digits of account number    **398902**          $        **598.62**

When was the debt incurred?    **8/28/18**

Who incurred the debt? Check one

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Collection Judgment**

### 4.2 Asset Acceptance

Nonpriority Creditor's Name

**Best Buy**

Number       Street

**PO Box 2036**

**Warren, MI  48090-2036**

City                State            Zip Code

Last 4 digits of account number    **xxx 9703**          $      **4,107.43**

When was the debt incurred?    **pre 2013**

Who incurred the debt? Check one

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Collection Judgment**

### 4.3 AT&T Mobility

Nonpriority Creditor's Name

**Credence Resource**

Number       Street

**17000 Dallas Parkway #204**

**Dallas, TX  75248**

City                State            Zip Code

Last 4 digits of account number    **xxx 9471**          $        **100.00**

When was the debt incurred?    **Last Service 3/17**

Who incurred the debt? Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Telephone Services**

## Part 2:    Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                    Total claim

**4.4**

Capital Alliance Financial
Nonpriority Creditor's Name

3923 28th St SE #386
Number        Street

Grand Rapids, MI  49546

City            State        Zip Code

Who incurred the debt? Check one

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number _____

When was the debt incurred?    12/19/13

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Collection Judgment

$    821.22

---

**4.5**

Capital One Bank
Nonpriority Creditor's Name

PO Box 30285
Number        Street

Salt Lake City, UT  84130-0285

City            State        Zip Code

Who incurred the debt? Check one

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number    xxx 3064

When was the debt incurred?    11/1/12

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Collection Judgment

$    1,055.04

---

**4.6**

Capital One Bank
Nonpriority Creditor's Name

PO Box 30285
Number        Street

Salt Lake City, UT  84130-0285

City            State        Zip Code

Who incurred the debt? Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number    2 accounts

When was the debt incurred?    pre 2013

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Credit Card

$    2,632.96

---

Official Form 106E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page  3  of  18

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.7, followed by 4.8, and so forth. | Total claim

---

**4.7 Danbury Mint**
Nonpriority Creditor's Name

**Universal Fidelity**
Number     Street

PO Box 219785
Houston, TX 77218-9785
City     State     Zip Code

Last 4 digits of account number     xxx 8598    $    128.70

When was the debt incurred?    7/5/18

Who incurred the debt? Check one
- [✓] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [✓] No
- [ ] Yes

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify    Merchandise

---

**4.8 Disney Movie Club**
Nonpriority Creditor's Name

PO Box 758
Number     Street

Neenah, WI 54957-0758
City     State     Zip Code

Last 4 digits of account number     2835156    $    81.95

When was the debt incurred?    9/10/08

Who incurred the debt? Check one
- [ ] Debtor 1 only
- [✓] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [✓] No
- [ ] Yes

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify    Movie Club

---

**4.9 Genesys Integrated Grp Diagnostics**
Nonpriority Creditor's Name

**6634 Solutions Center**
Number     Street

Chicago, IL 60677-6006
City     State     Zip Code

Last 4 digits of account number     1316169    $    253.00

When was the debt incurred?    1/4/17

Who incurred the debt? Check one
- [ ] Debtor 1 only
- [✓] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [✓] No
- [ ] Yes

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify    Medical Expense

---

Official Form 106E/F      Schedule E/F: Creditors Who Have Unsecured Claims      page __4__ of __18__

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.10, followed by 4.11, and so forth.                                    **Total claim**

---

**4.10**

Genesys Regional Medical
Nonpriority Creditor's Name

One Genesys Parkway
Number                          Street

Grand Blanc, MI  48439-1477

City                    State          Zip Code

Who incurred the debt? Check one

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?

- [x] No
- [ ] Yes

Last 4 digits of account number _____ xxx 5015

When was the debt incurred?     2/5/19

As of the date you file, the claim is: Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify    Medical Expense

$                281.04

---

**4.11**

Genesys Regional Medical
Nonpriority Creditor's Name

22639 N 17th Ave
Number                          Street

Phoenix, AZ  85027-1303

City                    State          Zip Code

Who incurred the debt? Check one

- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?

- [x] No
- [ ] Yes

Last 4 digits of account number _____ 5 accounts

When was the debt incurred?     10/13 to 6/17

As of the date you file, the claim is: Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify    Medical Expense

$                325.00

---

**4.12**

Gettington
Nonpriority Creditor's Name

6250 Ridgewood Rd
Number                          Street

St Cloud, MN  56303

City                    State          Zip Code

Who incurred the debt? Check one

- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?

- [x] No
- [ ] Yes

Last 4 digits of account number _____

When was the debt incurred?     Current

As of the date you file, the claim is: Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify    Merchandise

$                100.00

---

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.13, followed by 4.14, and so forth.          Total claim

---

**4.13**

**Ginny's**
Nonpriority Creditor's Name

**1112 7th Avenue**
Number            Street

Monroe, WI 53566-1364

City            State        Zip Code

Who incurred the debt? Check one

- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number      xxx 2966

When was the debt incurred?      2011

As of the date you file, the claim is: Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify    Merchandise

$            1,365.97

---

**4.14**

**Great Lakes Anesthesia Assoc**
Nonpriority Creditor's Name

**6639 Solution Center**
Number            Street

Chicago, IL 60677-6006

City            State        Zip Code

Who incurred the debt? Check one

- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number      42974931

When was the debt incurred?      7/2/13

As of the date you file, the claim is: Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify    Medical Expense

$            163.88

---

**4.15**

**Henry Ford Health System**
Nonpriority Creditor's Name

**PO Box 339**
Number            Street

Troy, MI 48099-0339

City            State        Zip Code

Who incurred the debt? Check one

- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number      xxxx 2385

When was the debt incurred?      4/14

As of the date you file, the claim is: Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify    Medical Expense

$            246.41

---

Official Form 106E/F            Schedule E/F: Creditors Who Have Unsecured Claims            page 6 of 18

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.16, followed by 4.17, and so forth. | Total claim

---

**4.16**

**Henry Ford Health System**
Nonpriority Creditor's Name

**PO Box 553920**
Number          Street

**Detroit, MI  48255-3920**
City                State          Zip Code

Who incurred the debt? Check one

- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?

- [x] No
- [ ] Yes

Last 4 digits of account number          xxx 2344

When was the debt incurred?          2/17 to 4/17

As of the date you file, the claim is: Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify      Medical Expense

$          1,370.00

---

**4.17**

**Home Depot Credit Services**
Nonpriority Creditor's Name

**PO Box 653000**
Number          Street

**Dallas, TX  75265-3000**
City                State          Zip Code

Who incurred the debt? Check one

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?

- [x] No
- [ ] Yes

Last 4 digits of account number

When was the debt incurred?          6/11

As of the date you file, the claim is: Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify      Merchandise

$          2,500.00

---

**4.18**

**HSBC Bank Nevada**
Nonpriority Creditor's Name

**Allied Interstate**
Number          Street

**3000 Corporate Exchange Dr #F5**
**Columbus, OH  43231**
City                State          Zip Code

Who incurred the debt? Check one

- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?

- [x] No
- [ ] Yes

Last 4 digits of account number          xxx 7671

When was the debt incurred?          pre 2013

As of the date you file, the claim is: Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify      Account

$          675.40

---

Official Form 106E/F                Schedule E/F: Creditors Who Have Unsecured Claims                page   7   of   18

## Part 2:  Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.19, followed by 4.20, and so forth.          Total claim

---

**4.19**

**Hurley ER Phy Group**
Nonpriority Creditor's Name

**PO Box 79001**
Number          Street

**Drawer 1773**

**Detroit, MI  48279-1773**
City          State          Zip Code

Who incurred the debt? Check one
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number ___ ___ ___ ___   **2 accounts**

When was the debt incurred?   **1/7/08**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Medical Expense**

$   **378.00**

---

**4.20**

**Hurley Medical Center**
Nonpriority Creditor's Name

**1 Hurley Plaza**
Number          Street

**Flint, MI  48503**
City          State          Zip Code

Who incurred the debt? Check one
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number ___ ___ ___ ___   **3 accounts**

When was the debt incurred?   **2007-09**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Medical Expense**

$   **298.87**

---

**4.21**

**Jefferson Capital**
Nonpriority Creditor's Name

**Fingerhut**

**16 McLeland Rd**
Number          Street

**Saint Cloud, MN  56303**
City          State          Zip Code

Who incurred the debt? Check one
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number ___ ___ ___ ___   **xxx 9344**

When was the debt incurred?   **11/11/15**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   **Collection Judgment**

$   **4,201.01**

---

19-31674-jda   Doc 1   Filed 07/15/19   Entered 07/15/19 12:42:01   Page 31 of 73

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.22, followed by 4.23, and so forth.

**Total claim**

---

**4.22**

**Jefferson Capital**
Nonpriority Creditor's Name

**Fingerhut**
Number          Street

16 McLeland Rd
Saint Cloud, MN  56303
City                State            Zip Code

Who incurred the debt? Check one

- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?

- [x] No
- [ ] Yes

Last 4 digits of account number       xxx 4100

When was the debt incurred?       10/1/14

As of the date you file, the claim is: Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify       Collection Judgment

$       783.88

---

**4.23**

**Lane Bryant**
Nonpriority Creditor's Name

**Comenity**
Number          Street

PO Box 182125
Columbus, OH  43218-2125
City                State            Zip Code

Who incurred the debt? Check one

- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?

- [x] No
- [ ] Yes

Last 4 digits of account number       xxx 3013

When was the debt incurred?       2011

As of the date you file, the claim is: Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify       Merchandise

$       1,064.76

---

**4.24**

**Merchants & Medical Credit**
Nonpriority Creditor's Name

**re Hamilton, Hurley, Trager**
Number          Street

6324 Taylor Dr
Flint, MI  48507-4685
City                State            Zip Code

Who incurred the debt? Check one

- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?

- [x] No
- [ ] Yes

Last 4 digits of account number       4 accounts

When was the debt incurred?       2013

As of the date you file, the claim is: Check all that apply.

- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify       Medical Expense

$       325.00

---

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.25, followed by 4.26, and so forth.

Total claim

---

**4.25**

**Midland Funding LLC**
Nonpriority Creditor's Name

**Chase Bank USA**
Number          Street

PO Box 12914
Norfolk, VA 23541
City          State          Zip Code

Who incurred the debt? Check one

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number          _____

When was the debt incurred?          8/29/13

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify          Collection Judgment

$ 5,959.91

---

**4.26**

**Midland Funding LLC**
Nonpriority Creditor's Name

**Citibank Home Depot**
Number          Street

PO Box 6003
Hagerstown, MD 21747
City          State          Zip Code

Who incurred the debt? Check one

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number          xxx 2422

When was the debt incurred?          2015

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify          Collection Judgment

$ 3,804.85

---

**4.27**

**Ostermans**
Nonpriority Creditor's Name

**Northland Group**
Number          Street

PO Box 390846
Minneapolis, MN 55439
City          State          Zip Code

Who incurred the debt? Check one

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number          xxx 0933

When was the debt incurred?          pre 2013

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify          Merchandise

$ 2,192.69

---

19-31674-jda    Doc 1    Filed 07/15/19    Entered 07/15/19 12:42:01    Page 33 of 73

**Part 2:**     Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.28, followed by 4.29, and so forth.       Total claim

---

**4.28**    **Pathology Consultants**
Nonpriority Creditor's Name

**PO Box 2468**
Number      Street

**Indianapolis, IN  46206-2468**
City      State      Zip Code

Who incurred the debt? Check one
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number      **7 accounts**

When was the debt incurred?    **3/21/16**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify    **Lab Fees**

$      **1,246.00**

---

**4.29**    **Portfolio Recovery**
Nonpriority Creditor's Name

**PO Box 12914**
Number      Street

**Norfolk, VA  23541**
City      State      Zip Code

Who incurred the debt? Check one
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number

When was the debt incurred?    **3/14/13**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify    **Collection Judgment**

$      **1,127.41**

---

**4.30**    **Portfolio Recovery**
Nonpriority Creditor's Name

**Fashion Bug / WFNB**
Number      Street

**PO Box 12914**
**Norfolk, VA  23541**
City      State      Zip Code

Who incurred the debt? Check one
- [ ] Debtor 1 only
- [x] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number      **xxx 1924**

When was the debt incurred?    **pre 2013**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify    **Merchandise**

$      **1,064.55**

---

19-31674-jda    Doc 1    Filed 07/15/19    Entered 07/15/19 12:42:01    Page 34 of 73

**Part 2:**    **Your NONPRIORITY Unsecured Claims - Continuation Page**

| | |
|---|---|
| After listing any entries on this page, number them beginning with 4.31, followed by 4.32, and so forth. | Total claim |

**4.31**

Portfolio Recovery
Nonpriority Creditor's Name

Venue / Mason Shoes
Number     Street

PO Box 12914
Norfolk, VA 23541
City     State     Zip Code

Who incurred the debt? Check one

[✓] Debtor 1 only
[ ] Debtor 2 only
[ ] Debtor 1 and Debtor 2 only
[ ] At least one of the debtors and another
[ ] Check if this claim is for a community debt

Is the claim subject to offset?

[✓] No
[ ] Yes

Last 4 digits of account number     xxx 1553

When was the debt incurred?     pre 2013

$     259.11

As of the date you file, the claim is: Check all that apply.

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

Type of NONPRIORITY unsecured claim:

[ ] Student loans
[ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
[ ] Debts to pension or profit-sharing plans, and other similar debts
[✓] Other. Specify    Merchandise

---

**4.32**

Portfolio Recovery
Nonpriority Creditor's Name

Sterling Jewelers JB Robinson
Number     Street

PO Box 12914
Norfolk, VA 23541
City     State     Zip Code

Who incurred the debt? Check one

[✓] Debtor 1 only
[ ] Debtor 2 only
[ ] Debtor 1 and Debtor 2 only
[ ] At least one of the debtors and another
[ ] Check if this claim is for a community debt

Is the claim subject to offset?

[✓] No
[ ] Yes

Last 4 digits of account number     xxx 4820

When was the debt incurred?     pre 2013

$     2,621.30

As of the date you file, the claim is: Check all that apply.

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

Type of NONPRIORITY unsecured claim:

[ ] Student loans
[ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
[ ] Debts to pension or profit-sharing plans, and other similar debts
[✓] Other. Specify    Merchandise

---

**4.33**

Quest Diagnostics
Nonpriority Creditor's Name

PO Box 740020
Number     Street

Cincinnati, OH 45274-0020
City     State     Zip Code

Who incurred the debt? Check one

[✓] Debtor 1 only
[ ] Debtor 2 only
[ ] Debtor 1 and Debtor 2 only
[ ] At least one of the debtors and another
[ ] Check if this claim is for a community debt

Is the claim subject to offset?

[✓] No
[ ] Yes

Last 4 digits of account number     xxx 5831

When was the debt incurred?     2/20/18

$     40.73

As of the date you file, the claim is: Check all that apply.

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

Type of NONPRIORITY unsecured claim:

[ ] Student loans
[ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
[ ] Debts to pension or profit-sharing plans, and other similar debts
[✓] Other. Specify    Lab Fees

---

Official Form 106E/F       **Schedule E/F: Creditors Who Have Unsecured Claims**       page **12** of **18**

## Part 2: List All of Your NONPRIORITY Unsecured Claims

**3.** Do any creditors have nonpriority unsecured claims against you?

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes.

**4.** List all of your nonpriority unsecured claims in alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | | Total claim |
|---|---|---|---|---|

**4.1** **Quest Diagnostics**
Nonpriority Creditor's Name

Last 4 digits of account number ___ xxx 8754

$ 163.35

**Credit Collection Services**
Number          Street

When was the debt incurred? 5/15/17

**725 Canton St**
**Norwood, MA  02062**
City          State          Zip Code

Who incurred the debt? Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Lab Fees**

---

**4.2** **Quest Diagnostics**
Nonpriority Creditor's Name

Last 4 digits of account number ___ xx 6203

$ 221.45

**American Medical Collection**
Number          Street

When was the debt incurred? 2/17/17

**4 Westchester Plaza #110**
**Elmsford, NY 10523**
City          State          Zip Code

Who incurred the debt? Check one

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Medical Expense**

---

**4.3** **RDA Enthusiast**
Nonpriority Creditor's Name

Last 4 digits of account number ___ xx 1697

$ 19.98

**North Shore Agency**
Number          Street

When was the debt incurred? 6/17

**270 Spagnoli Rd #110**
**Mellville, NY  11747**
City          State          Zip Code

Who incurred the debt? Check one

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Home Fun Food**

---

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page __13__ of __18__

| Debtor 1 | Marcus | | Person | Sr. | Case Number (if known) | _____ |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth.                                                    Total claim

---

**4.34** Regional Medical Imaging
Nonpriority Creditor's Name

3346 Lennon Rd
Number          Street

Flint, MI  48507
City          State          Zip Code

Who incurred the debt? Check one
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number      10389492          $      108.56

When was the debt incurred?      9/11/17

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify      Medical Expense

---

**4.35** U of M Credit Union
Nonpriority Creditor's Name

PO Box 7850
Number          Street

Ann Arbor, MI  48107
City          State          Zip Code

Who incurred the debt? Check one
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number      xxx 1150          $      2,772.16

When was the debt incurred?      11/17 & 12/18

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify      Signature Loans

---

**4.36** U of M Credit Union
Nonpriority Creditor's Name

PO Box 7850
Number          Street

Ann Arbor, MI  48107
City          State          Zip Code

Who incurred the debt? Check one
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number      xxx 1150          $      1,000.00

When was the debt incurred?      3/21/07

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify      Visa Account

---

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.7, followed by 4.8, and so forth.                    Total claim

---

**4.37**

**U of M Health System**
Nonpriority Creditor's Name

**Dept CH 14410**
Number          Street

**Palatine, IL  60055-4410**
City          State          Zip Code

Who incurred the debt? Check one
- [ ] Debtor 1 only
- [✓] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the debt subject to offset?
- [✓] No
- [ ] Yes

Last 4 digits of account number _____ 1039877

When was the debt incurred?   11/15/13

$   68.00

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify   Medical Expense

---

**4.38**

**Wal-Mart**
Nonpriority Creditor's Name

**PO Box 981401**
Number          Street

**El Paso, TX  79998-1401**
City          State          Zip Code

Who incurred the debt? Check one
- [✓] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [✓] No
- [ ] Yes

Last 4 digits of account number _____

When was the debt incurred?   5/02

$   530.00

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify   Merchandise

---

**4.39**

Nonpriority Creditor's Name

Number          Street

City          State          Zip Code

Who incurred the debt? Check one
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

Is the claim subject to offset?
- [ ] No
- [ ] Yes

Last 4 digits of account number _____

When was the debt incurred?

$   -

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other. Specify

---

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page _15_ of _18_

## Part 3:  List Others to Be Notified About a Debt That You Already Listed

5   Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2.  For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here.  Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here.  If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

**Mary Jane Elliott**
Name
**Atty for Jefferson Capital**
Number          Street
**24300 Karim Blvd**

**Novi, MI  48375**
City                        State        Zip Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line      **4.21** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                                       ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  _____

---

**Stenger & Stenger PC**
Name
**Atty for Capital Alliance**
Number          Street
**2618 E Paris Ave SE**

**Grand Rapids, MI  49546**
City                        State        Zip Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line      **4.4** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                                      ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  _____

---

**Shermeta Law Group**
Name
**Atty for Capital One**
Number          Street
**PO Box 5016**

**Rochester, MI  48308**
City                        State        Zip Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line      **4.5** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                                      ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  _____

---

**Weber & Olcese PLC**
Name
**Atty for Portfolio & Capital One**
Number          Street
**3250 W Big Beaver Rd #124**

**Troy, MI  48084**
City                        State        Zip Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line      **4.29** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                                       ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  _____

---

**Stillman Law Office**
Name
**Atty for Midland Funding LLC**
Number          Street
**30057 Orchard Lake Rd #200**

**Farmington Hills, MI  48334**
City                        State        Zip Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line      **4.26** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                                       ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  _____

---

**Portfolio Recovery Associates**
Name
**re Lane Bryant World Fiancial**
Number          Street
**PO Box 12914**

**Norfolk, VA  23541**
City                        State        Zip Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line      **4.23** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims
                                       ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  _____

---

Official Form 106E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    page   **16**  of   **18**

## Part 3: List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

American Medical Collection
Name
Quest Diagnostics

Number          Street
4 Westchester Plaza #110

Elmsford, NY 10523
City                      State        Zip Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line      4.2      of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          _____

---

LJ Ross
Name
re Henry Ford Health

Number          Street
PO Box 6099

Jackson, MI 49204-6099
City                      State        Zip Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line      4.15      of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          _____

---

Scheer Green & Burke
Name
Atty for Genesys Medical

Number          Street
1 Seagate #640

Toledo, OH 43604-1358
City                      State        Zip Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line      4.1      of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          _____

---

Russell Collection Agency
Name
re Pathology & Hurley Physican

Number          Street
PO Box 7009

Flint, MI 48507-0009
City                      State        Zip Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line      4.28      of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          _____

---

Name

Number          Street

City                      State        Zip Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line      ___      of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          _____

---

Name

Number          Street

City                      State        Zip Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line      ___      of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          _____

---

19-31674-jda    Doc 1    Filed 07/15/19    Entered 07/15/19 12:42:01    Page 40 of 73

## Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.

**Total claims from Part 1**

| | | | | Total claim |
|---|---|---|---|---|
| 6a. | Domestic support obligations | 6a. | $ | |
| 6b. | Taxes and certain other debts you owe the government | 6b. | $ | 17,565.00 |
| 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $ | |
| 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. + | $ | |
| 6e. | **Total. Add lines 6a through 6d.** | 6e. | $ | 17,565.00 |

**Total claims from Part 2**

| | | | | Total claim |
|---|---|---|---|---|
| 6f. | Student Loans | 6f. | $ | |
| 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims. | 6g. | $ | |
| 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ | |
| 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here | 6i. + | $ | 47,058.19 |
| 6j. | **Total. Add lines 6a through 6d.** | 6j. | $ | 47,058.19 |

| Debtor 1 | Marcus | | Person | Sr. |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | Florence | Irene | Person | |
| (Spouse, if filing) | First Name | Middle Name | Last Name | |

United States Bankruptcy Court for the: **Eastern** District of **Michigan**

Case number
(if known) _____

☐ Check if this is an amended filing

## Official Form 106G

# Schedule G:  Executory Contracts and Unexpired Leases

**12/15**

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page.  One the top of any additional pages, write your name and case number (if known).

1.  Do you have any executory contracts or unexpired leases?

   ☑ **No.**  Check this box and file this form with the court with your other schedules.  You have nothing else to report of this form.

   ☐ **Yes**

2.  List separately each person or company with whom you have the contract or lease.  Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).  See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

**Person or company with whom you have the contract or lease**

**State what the contract or lease is for**

**2.1**
Name

Number                     Street

City                         State                    Zip Code

**2.2**
Name

Number                     Street

City                         State                    Zip Code

**2.3**
Name

Number                     Street

City                         State                    Zip Code

**2.4**
Name

Number                     Street

City                         State                    Zip Code

**2.5**
Name

Number                     Street

City                         State                    Zip Code

19-31674-jda    Doc 1    Filed 07/15/19    Entered 07/15/19 12:42:01    Page 42 of 73

| | | | |
|---|---|---|---|
| Debtor 1 | Marcus | Person | Sr. |
| | First Name | Middle Name | Last Name |
| Debtor 2 | Florence | Irene | Person |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | Eastern | District of | Michigan |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106H

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. Do you have any codebtors? (If you are filing a joint case, do not either spouse as a codebtor.)

☑ No
☐ Yes

2. Within the last 8 years, have you lived in a community property state or territory? (Community property states and territories include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No, Go to line 3.
☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

Name of your spouse, former spouse, or legal equivalent

Number                    Street

City                    State                    Zip Code

2. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official For 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G), Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

**Column 1. Your codebtor**

**Column 2: The creditor to who you owe the debt**
Check all schedules that apply

| | |
|---|---|
| **3.1** | |
| Name | ☐ Schedule D, Line _____ |
| Number        Street | ☐ Schedule E/F, Line _____ |
| City        State        Zip Code | ☐ Schedule G, Line _____ |
| **3.2** | |
| Name | ☐ Schedule D, Line _____ |
| Number        Street | ☐ Schedule E/F, Line _____ |
| City        State        Zip Code | ☐ Schedule G, Line _____ |
| **3.3** | |
| Name | ☐ Schedule D, Line _____ |
| Number        Street | ☐ Schedule E/F, Line _____ |
| City        State        Zip Code | ☐ Schedule G, Line _____ |

Fill in this information to identify your case:

| | | | | |
|---|---|---|---|---|
| Debtor 1 | Marcus | | Person | Sr. |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | Florence | Irene | Person | |
| (Spouse, if filing) | First Name | Middle Name / | Last Name | |
| United States Bankruptcy Court for the: | Eastern | District of | Michigan | |
| Case number (if known) | | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

_____ MM / DD / YYYY

Official Form 106I

## Schedule I: Your Income                                                    12/16

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Employment

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| 1 | Fill in your employment information | | |
| | | **Employment status** ☑ Employed ☐ Not employed | ☐ Employed ☑ Not employed |
| | If you have more than one job, attach a separate page with information about additional employers | | |
| | | **Occupation** Maintenance | _____ |
| | Include part-time, seasonal, or self-employed work. | **Employer's name** Downtown Outreach Ministries | _____ |
| | | **Employer's address** 414 W Court St | _____ |
| | | Number   Street | Number   Street |
| | Occupation may include student or homemaker, if it applies. | | |
| | | Flint, MI 48503 | _____ |
| | | City   State   Zip Code | City   State   Zip Code |
| | | **How long employed there?** 2 yrs | _____ |

### Part 2:   Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2 | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2 | $   550.00 | $   - |
| 3 | Estimate and list monthly overtime pay. | 3 | $   - | $   - |
| 4 | Calculate gross income. Add line 2 + line 3. | 4 | $   550.00 | $   - |

Official Form 106I                          Schedule I: Your Income                          page 1

| Debtor 1 | Marcus | | Person | Sr. | Case Number (if known) |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here | → 4 | $ 550.00 | $ - |

**5 List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a Tax, Medicare, and Social Security deductions | 5a | $ 57.00 | $ - |
| 5b Mandatory contributions for retirement plans | 5b | $ - | $ - |
| 5c Voluntary contributions for retirement plans | 5c | $ - | $ - |
| 5d Required repayments of retirement fund loans | 5d | $ - | $ - |
| 5e Insurance | 5e | $ - | $ - |
| 5f Domestic support obligations | 5f | $ 10.00 | $ - |
| 5g Union dues | 5g | $ - | $ - |
| 5h Other deductions. Specify | 5h + | $ - | + $ - |
| **6 Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h | 6 | $ 67.00 | $ - |
| **7 Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7 | $ 483.00 | $ - |

**8 List all other income regularly received:**

8a Net income from rental property and from operating a business, profession, or farm

Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a | 8a | $ - | $ - |
| 8b Interest and dividends | 8b | $ - | $ - |

8c Family support payments that you, a non-filing spouse, or a dependent regularly receive

Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8c | 8c | $ - | $ - |
| 8d Unemployment compensation | 8d | $ - | $ - |
| 8e Social Security | 8e | $ 1,503.00 | $ 704.00 |

8f Other government assistance that you regularly receive

Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8f | 8f | $ - | $ - |
| 8g Pension or retirement income | 8g | $ - | $ - |
| 8h Other monthly income. Specify: Courier Income | 8h + | $ 595.00 | + $ - |
| **9 Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g=8h | 9 | $ 2,098.00 | $ 704.00 |
| **10 Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10 | $ 2,581.00 + | $ 704.00 = $ 3,285.00 |

**11 State all other regular contributions to the expenses that you list in Schedule J.**

Include contributions from an unmarried partner, members of your household, your dependants, your roommates, and other friends and relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

| Specify: | 11 + | $ - |
|---|---|---|

**12** Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income. Write that amount on the *Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data,* if it applies

| 12 | $ 3,285.00 |
|---|---|
| | Combined monthly income |

**13 Do you expect an increase or decrease within the year after you file this form?**

☑ No.

☐ Yes. Explain: _____

Fill in this information to identify your case:

| Debtor 1 | Marcus | | Person | Sr. |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | Florence | Irene | Person | |
| (Spouse, if filing) | First Name | Middle Name | Last Name | |
| United States Bankruptcy Court for the: | Eastern | District of | Michigan | |
| Case number (if known) | | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 income as of the following date:

MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

**1** Is this a joint case?

☐ No. Go to line 2

☑ Yes. Does Debtor 2 live in a separate household?

    ☑ No

    ☐ Yes. Debtor 2 must file Official Form 106J-. Expenses for Separate Household of Debtor 2.

**2** Do you have dependents?

Do not list Debtor 1 and Debtor 2

Do not state the dependents' names.

☑ No

☐ Yes. Fill out this information for each dependent

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |
| | | ☐ No ☐ Yes |

**3** Do your expenses include expenses of people other than youself and your dependents?

☑ No

☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

| | | | Your expenses |
|---|---|---|---|
| **4** | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4 | $ 590.00 |
| | If not included in line 4: | | |
| 4a | Real estate taxes | 4a | $ - |
| 4b | Property, homeowner's, or renter's insurance | 4b | $ - |
| 4c | Home maintenance, repair, and upkeep expenses | 4c | $ 30.00 |
| 4d | Homeowner's association or condominium dues | 4d | $ - |

19-31674-jda    Doc 1    Filed 07/15/19    Entered 07/15/19 12:42:01    Page 46 of 73

**Your expenses**

| | | | |
|---|---|---|---|
| 5 | Additional mortgage payments for your residence, such as home equity loans | 5 | $ - |
| 6 | **Utilities:** | | |
| 6a | Electricity, heat, natural gas | 6a | $ 200.00 |
| 6b | Water, sewer, garbage collection | 6b | $ 89.00 |
| 6c | Telephone, cell phone, internet, satellite, and cable services | 6c | $ 277.00 |
| 6d | Other. Specify: | 6d | $ - |
| 7 | **Food and housekeeping supplies** | 7 | $ 450.00 |
| 8 | **Childcare and children's education costs** | 8 | $ - |
| 9 | **Clothing, laundry, and dry cleaning** | 9 | $ 60.00 |
| 10 | **Personal care products and services** | 10 | $ 50.00 |
| 11 | **Medical and dental expenses** | 11 | $ 20.00 |
| 12 | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12 | $ 530.00 |
| 13 | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13 | $ 75.00 |
| 14 | **Charitable contributions and religious donations** | 14 | $ - |
| 15 | **Insurance** Do not include insurance deducted from your pay or included in lines 4 or 20. | 15 | $ - |
| 15a | Life insurance | 15a | $ 106.00 |
| 15b | Health insurance | 15b | $ 118.00 |
| 15c | Vehicle insurance | 15c | $ 432.00 |
| 15d | Other insurance. Specify | 15d | $ - |
| 16 | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16 | $ - |
| 17 | **Installment or lease payments:** | | |
| 17a | Car payments for Vehicle 1 | 17a | $ 258.00 |
| 17b | Car payments for Vehicle 2 | 17b | $ - |
| 17c | Other. Specify | 17c | $ - |
| 17d | Other. Specify | 17d | $ - |
| 18 | **Your payments of alimony, maintenance, and support** that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I). | 18 | $ - |
| 19 | **Other payments you make to support others who do not live with you.** Specify: | 19 | $ - |
| 20 | **Other real property expenses** not included in lines 4 or 5 of this form or on *Schedule I: Your Income*. | | |
| 20a | Mortgage on other property | 20a | $ - |
| 20b | Real estate taxes | 20b | $ - |
| 20c | Property, homeowner's, or renter's insurance | 20c | $ - |
| 20d | Maintenance, repair, and upkeep expenses | 20d | $ - |
| 20e | Homeowner's association or condominium dues | 20e | $ - |

Official Form 106J                     Schedule J: Your Expenses                     page 2

**21 Other.** Specify: _____  21  +  $ _____ -

**22 Calculate your monthly expenses.**

22a  Add lines 4 through 21.  22  $ _____ 3,285.00

22b  Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2  $ _____ -

22c  Add line 22a and 22b. The result is your monthly expenses.  $ _____ 3,285.00

**23 Calculate your monthly net income.**

23a  Copy line 12 *(your combined monthly income)* from *Schedule I.*  23a  $ _____ 3,285.00

23b  Copy your monthly expenses from line 22c above  23b  -  $ _____ 3,285.00

23c  Subtract your monthly expenses from your monthly income.  23c  $ _____ -
The result is your *monthly net income.*

**24 Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage
payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No

☐ Yes  | Explain here:

| Debtor 1 | Marcus | | Person | Sr. |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | Florence | Irene | Person | |
| (Spouse, if filing) | First Name | Middle Name | Last Name | |
| United States Bankruptcy Court for the: | Eastern | District of | Michigan | |
| Case number (if known) | | | | |

☐ Check if this is an amended filing

## Official Form 106Dec

## Declaration About an Individual Debtor's Schedules                    12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person _____ Attach Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____          X _____
Signature of Debtor 1                          Signature of Debtor 2

Date    6/28/2019                              Date    6/28/2019
         MM / DD / YYYY                                 MM / DD / YYYY

Official Form 106Dec          Declaration About an Individual Debtor's Schedules

Fill in this information to identify your case:

| Debtor 1 | Marcus | | Person | Sr. |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | Florence | Irene | Person | |
| (Spouse, if filing) | First Name | Middle Name | Last Name | |
| United States Bankruptcy Court for the: | Eastern | District of | Michigan | |
| Case number (if known) | | | | |

☐ Check if this is an amended filing

## Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy     04-19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form  On the top of any additional pages, write your name and case number (if known).  Answer every question.

## Part 1:     Give Details About Your Marital Status and Where You Lived Before

1   **What is your current marital status?**
   ☐ Married
   ☑ Not married

2   **During the last 3 years, have you lived anywhere other than where you live now?**
   ☑ No
   ☐ Yes. List all of the places you lived in the last 3 years.  Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| Number     Street | From _____ | Number     Street | From _____ |
| | To _____ | | To _____ |
| City          State   ZIP Code | | City          State   ZIP Code | |

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| Number     Street | From _____ | Number     Street | From _____ |
| | To _____ | | To _____ |
| City          State   ZIP Code | | City          State   ZIP Code | |

3   **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☑ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

19-31674-jda    Doc 1    Filed 07/15/19    Entered 07/15/19 12:42:01    Page 50 of 73

### Part 2: Explain the Sources of Your Income

**4** Did you have any income from employment or from operating a business dureing this year or the two previous calendar years? Fill in the total amount of income you received from all jobs and all businesses, including part-time activities. If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Check all that apply | Gross Income<br>(before deductions and exclusions) | Sources of income<br>Check all that apply | Gross Income<br>(before deductions and exclusions) |
| From January 1 of current year until the date you filed for bankruptcy: | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $  2,450.00 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ _____ |
| For last calendar year:<br>(January 1 to December 31, 2018 )<br>YYYY | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ (W2)  6,525<br>(1090) 6,715 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ _____ |
| For the calendar year before that:<br>(January 1 to December 31, 2017 )<br>YYYY | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ (W2)  6,600<br>$ (1090) 7,580 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ _____ |

**5** Did you receive any other income during this year or the two previous calendar years?

Include income regardless of whether that income is taxable. Examples of other income are alimony, child support, Social Security, unemployment, and other public benefit payments; pensions, rental income, interest, dividends, money collected from lawsuits, royalties, and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income<br>Check all that apply | Gross Income<br>(before deductions and exclusions) | Sources of income<br>Check all that apply | Gross Income<br>(before deductions and exclusions) |
| From January 1 of current year until the date you filed for bankruptcy: | Social Security<br>_____<br>_____ | $  10,521.00<br>$ _____<br>$ _____ | Social Security<br>_____<br>_____ | $  4,928.00<br>$ _____<br>$ _____ |
| For last calendar year:<br>(January 1 to December 31, 2018 )<br>YYYY | Social Security<br>_____<br>_____ | $  19,128.00<br>$ _____<br>$ _____ | Social Security<br>_____<br>_____ | $  9,804.00<br>$ _____<br>$ _____ |
| For the calendar year before that:<br>(January 1 to December 31, 2017 )<br>YYYY | Social Security<br>_____<br>_____ | $  18,756.00<br>$ _____<br>$ _____ | Social Security<br>_____<br>_____ | $  9,612.00<br>$ _____<br>$ _____ |

## Part 3: List Certain Payments You Made Before You Filed for Bankruptcy

6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?

☐ **No** Neither Debtor 1 nor Debtor 2 has primarily consumer debts? *Consumer Debts* are defined in 11 U.S.C. § 1010(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

☐ **No .** Go to line 7.

☐ **Yes.** List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

☑ **Yes.** Debtor 1 or Debtor 2 or both have primarily consumer debts.

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☑ **No .** Go to line 7.

☐ **Yes.** List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for.. |
|---|---|---|---|---|
| Creditor's Name | _____ | $ _____ | $ _____ | ☐ Mortgage |
| | | | | ☐ Car |
| Number    Street | _____ | | | ☐ Credit card |
| | | | | ☐ Loan repayment |
| | | | | ☐ Suppliers or vendors |
| | _____ | | | ☐ Other _____ |
| City    State    ZIP Code | | | | |
| Creditor's Name | _____ | $ _____ | $ _____ | ☐ Mortgage |
| | | | | ☐ Car |
| Number    Street | _____ | | | ☐ Credit card |
| | | | | ☐ Loan repayment |
| | | | | ☐ Suppliers or vendors |
| | _____ | | | ☐ Other _____ |
| City    State    ZIP Code | | | | |
| Creditor's Name | _____ | $ _____ | $ _____ | ☐ Mortgage |
| | | | | ☐ Car |
| Number    Street | _____ | | | ☐ Credit card |
| | | | | ☐ Loan repayment |
| | | | | ☐ Suppliers or vendors |
| | _____ | | | ☐ Other _____ |
| City    State    ZIP Code | | | | |

19-31674-jda    Doc 1    Filed 07/15/19    Entered 07/15/19 12:42:01    Page 52 of 73

**7**   Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?
Insiders include your relatives, any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No

☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Creditor's Name _____ | _____ | $ _____ | $ _____ | |
| Number   Street _____ | _____ | | | |
| _____ | _____ | | | |
| City   State   ZIP Code | | | | |
| Creditor's Name _____ | _____ | $ _____ | $ _____ | |
| Number   Street _____ | _____ | | | |
| _____ | _____ | | | |
| City   State   ZIP Code | | | | |

**8**   Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?

Include payments on debts guaranteed or cosigned by an insider.

☑ No

☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Creditor's Name _____ | _____ | $ _____ | $ _____ | |
| Number   Street _____ | _____ | | | |
| _____ | _____ | | | |
| City   State   ZIP Code | | | | |
| Creditor's Name _____ | _____ | $ _____ | $ _____ | |
| Number   Street _____ | _____ | | | |
| _____ | | | | |
| City   State   ZIP Code | | | | |

**Part 4:**    Identify Legal Actions, Repossessions, and Foreclosures

9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ☑ Yes. Fill in the details.

   | | Nature of this case | Court or agency | Status of the case |
   |---|---|---|---|
   | Case title   Adv Diag Imag vs Florence Person | Collection Action | 67 District Court<br>Court Name<br>630 S Saginaw<br>Number   Street<br>Flint, MI 48502<br>City   State   ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
   | Case number   18g 4233 gc | | | |
   | Case title _____ | | Court Name<br>Number   Street<br>City   State   ZIP Code | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
   | Case number _____ | | | |

10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?
    Check all that apply and fill in the details below.

    ☑ No. Go to line 11.
    ☐ Yes. Fill in the information below.

    | | Describe the property | Date | Value of the property |
    |---|---|---|---|
    | Creditor's Name<br>Number   Street<br>City   State   ZIP Code | Explain what happened<br>☐ Property was repossessed<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized, or levied. | _____ | $ _____ |
    | Creditor's Name<br>Number   Street<br>City   State   ZIP Code | Explain what happened<br>☐ Property was repossessed<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br>☐ Property was attached, seized, or levied. | _____ | $ _____ |

| Debtor 1 | Marcus | | Person | Sr. | Case Number (if known) |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**11.** Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?

- ☑ No
- ☐ Yes. Fill in the details.

| | Describe the action this creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | |
| _____ | | | $ _____ |
| Creditor's Name | | | |
| | | | |
| _____ | | _____ | |
| Number      Street | | | |
| | | | |
| _____ | | | |
| City        State    ZIP Code | | | |
| | Last 4 digits of account number: XXXX– _____ | | |

**12.** Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?

- ☑ No
- ☐ Yes.

## Part 5:      List Certain Gifts and Contributions

**13.** Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of mare than $600 per person?

- ☑ No
- ☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| | | | |
| _____ | | _____ | $ _____ |
| Person to Whom You Gave the Gift | | | |
| | | _____ | $ _____ |
| _____ | | | |
| Number      Street | | | |
| _____ | | | |
| City        State    ZIP Code | | | |
| Person's relationship to you | | | |

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| | | | |
| _____ | | _____ | $ _____ |
| Person to Whom You Gave the Gift | | | |
| | | _____ | $ _____ |
| _____ | | | |
| Number      Street | | | |
| _____ | | | |
| City        State    ZIP Code | | | |
| Person's relationship to you _____ | | | |

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

☑ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| | | | |
| Charity's Name | | | $ _____ |
| | | | $ _____ |
| Number        Street | | | |
| City           State      ZIP Code | | | |

---

**Part 6:** List Certain Losses

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

☑ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage of the loss. Include the amount that insurance has paid. List pending insurance claims on line 33 of Schedule A/B: Property. | Date of your loss | Value of property lost. |
|---|---|---|---|
| | | | $ _____ |

---

**Part 7:** List Certain Payments or Transfers

16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☑ No
☐ Yes. Fill in the details.

| | Describe and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | $ _____ |
| | | | $ _____ |
| Number        Street | | | |
| City           State      ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, If Not You | | | |

|  | Describe and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | _____ | $ _____ |
| | | _____ | $ _____ |
| Number        Street | | | |
| City             State      ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, If Not You | | | |

17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?

Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

|  | Describe and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | _____ | $ _____ |
| | | _____ | $ _____ |
| Number        Street | | | |
| City             State      ZIP Code | | | |

18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?

Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

|  | Description and value of property transferred | Describe any property or payments received or debts paid in exchange. | Date transfer was made |
|---|---|---|---|
| Person Who Received Transfer | | | _____ |
| Number        Street | | | |
| City             State      ZIP Code | | | |
| Person's relationship to you | | | |
| Person Who Received Transfer | | | _____ |
| Number        Street | | | |
| City             State      ZIP Code | | | |
| Person's relationship to you | | | |

**19** Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary? (These are often called asset-protection devices.)

☑ No

☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
| --- | --- | --- |
| Name of trust _____ | | _____ |
| _____ | | |

## Part 8:    List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

**20** Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name,.or for your benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No

☐ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |
| | | | | $ _____ |
| Name of Financial Institution | XXXX- _____ | ☐ Checking | _____ | |
| | | ☐ Savings | | |
| Number        Street | | ☐ Money Market | | |
| | | ☐ Brokerage | | |
| City        State        ZIP Code | | ☐ Other_____ | | |
| | | | | $ _____ |
| Name of Financial Institution | XXXX- _____ | ☐ Checking | | |
| | | ☐ Savings | | |
| Number        Street | | ☐ Money Market | | |
| | | ☐ Brokerage | | |
| City        State        ZIP Code | | ☐ Other_____ | | |

**21** Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

☑ No

☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
| --- | --- | --- | --- |
| Name of Financial Institution | | | ☐ No |
| | Name | | ☐ Yes |
| Number        Street | Number        Street | | |
| City        State        ZIP Code | City        State        ZIP Code | | |

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

☑ No
☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | |
| Name of Storage Facility | | | ☐ No |
| | Name | | ☐ Yes |
| Number     Street | | | |
| | Number     Street | | |
| City     State     ZIP Code | City     State     ZIP Code | | |

## Part 9:     List Property You Hold or Control for Someone Else

23. Do you hold or control any property that someone else owns?  Include any property you borrowed from, are storing for, or hold in trust for someone.

☑ No
☐ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| | | | $ |
| Owner's Name | | | |
| | Number     Street | | |
| Number     Street | | | |
| | | | |
| City     State     ZIP Code | City     State     ZIP Code | | |

## Part 10:     Give Details About Environmental Information

For the purposes of Part 10, the following definitions apply:

✿ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

✿ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

✿ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

☑ No
☐ Yes. Fill in the details.

| | Government unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |
| Name of Financial Institution | Government unit | | |
| | | | |
| Number     Street | Number     Street | | |
| | | | |
| | City     State     ZIP Code | | |
| City     State     ZIP Code | | | |

**25**    Have you notified any governmental unit of any release of hazardous material?

☑ **No**
☐ **Yes.** Fill in the details.

| | Government unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Government unit | | _____ |
| Number   Street | Number   Street | | |
| | City   State   ZIP Code | | |
| City   State   ZIP Code | | | |

**26**    Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☑ **No**
☐ **Yes.** Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title _____ | Court Name | | ☐ Pending |
| | Number   Street | | ☐ On appeal |
| | City   State   ZIP Code | | ☐ Concluded |
| Case Number | | | |

## Part 11:   Give Details About Your Business or Connections to Any Business

**27**    Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☑ **No.** None of the above applies. Go to Part 12.
☐ **Yes.** Check all that apply above and fill in the details below for each business.

| courier service for employer | Describe the nature of the business | Employer Identification number |
|---|---|---|
| only | | Do not include Social Security number or ITIN. |
| Business Name | | EIN: ___ - _____ |
| Number   Street | Name of accountant or bookkeeper | Dates business existed |
| | | From _____ To _____ |
| City   State   ZIP Code | | |

| | Describe the nature of the business | Employer Identification number |
|---|---|---|
| Business Name | | Do not include Social Security number or ITIN. |
| | | EIN: ___ - _____ |
| Number   Street | Name of accountant or bookkeeper | Dates business existed |
| | | From _____ To _____ |
| City   State   ZIP Code | | |

Business Name _____

Number    Street _____

City    State    ZIP Code

Describe the nature of the business

Name of accountant or bookkeeper

**Employer Identification number**
Do not include Social Security number or ITIN.

EIN: __ __ - __ __ __ __ __ __ __

Dates business existed

From _____ To _____

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☐ No
☐ Yes. Fill in the details below.

Date Issued

Business Name _____

MM / DD / YYYY

Number    Street _____

City    State    ZIP Code

## Part 12: Sign Below

I have read the answers on this Statement of Financial Affairs and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _____      X _____
Signature of Debtor 1                         Signature of Debtor 2

Date    6/28/2019                  Date    6/28/2019

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☑ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

☑ No
☐ Yes. Name of person _____    Attach the *Bankruptcy Petition Preparer's Notice, Declaration*, and *Signature* (Official Form 119).

Fill in this information to identify your case:

| Debtor 1 | Marcus | | Person | Sr. |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |
| Debtor 2 | Florence | Irene | Person | |
| (Spouse, if filing) | First Name | Middle Name | Last Name | |
| United States Bankruptcy Court for the: | Eastern | District of | Michigan | |
| Case number (if known) | | | | |

☐ Check if this is an amended filing

<u>Official Form 108</u>

## Statement of Intention for Individuals Filing Under Chapter 7

12/15

If you are an individual filing under chapter 7, you must fill out this form if:
- creditors have claims secured by your property, or
- you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case. number (if known)

### Part 1: List Your Creditors Who Have Secured Claims

1. For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D), fill in the information below:

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Midland Mortgage** <br><br> Description of property securing debt: **Home Mortgage** | ☐ Surrender the property <br> ☐ Retain the property and redeem it <br> ☑ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and (explain): _____ | ☐ No <br><br> ☑ Yes |
| Creditor's name: **U of M Credit Union** <br><br> Description of property securing debt: **2009 Dodge Caravan** | ☐ Surrender the property <br> ☐ Retain the property and redeem it <br> ☑ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and (explain): _____ | ☐ No <br><br> ☑ Yes |
| Creditor's name: _____ <br><br> Description of property securing debt | ☐ Surrender the property <br> ☐ Retain the property and redeem it <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and (explain): _____ | ☐ No <br><br> ☐ Yes |
| Creditor's name: _____ <br><br> Description of property securing debt | ☐ Surrender the property <br> ☐ Retain the property and redeem it <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☐ Retain the property and (explain): _____ | ☐ No <br><br> ☐ Yes |

## Part 2    List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: _____ | ☐ No ☐ Yes |
| Description of leased property | |
| Lessor's name: _____ | ☐ No ☐ Yes |
| Description of leased property | |
| Lessor's name: _____ | ☐ No ☐ Yes |
| Description of leased property | |
| Lessor's name: _____ | ☐ No ☐ Yes |
| Description of leased property | |
| Lessor's name: _____ | ☐ No ☐ Yes |
| Description of leased property | |
| Lessor's name: _____ | ☐ No ☐ Yes |
| Description of leased property | |
| Lessor's name: _____ | ☐ No ☐ Yes |
| Description of leased property | |

## Part 3    Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X _____      X _____

Signature of Debtor 1            Signature of Debtor 2

Date    **6/28/2019**         Date    **6/28/2019**

MM / DD / YYYY             MM / DD / YYYY

Official Form 108       Statement of Intention for Individuals Filing Under Chapter 7       page   2

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

---

| This notice is for you if: |
|---|
| **You are an individual filing for bankruptcy,** and |
| **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." |

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of the Bankruptcy Code:

- Chapter 7 — Liquidation

- Chapter 11— Reorganization

- Chapter 12— Voluntary repayment plan for family farmers or fishermen

- Chapter 13— Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

## Chapter 7:   Liquidation

| | | |
|---|---|---|
| | $245 | filing fee |
| | $75 | administrative fee |
| + | $15 | trustee surcharge |
| | $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

- most taxes;

- most student loans;

- domestic support and property settlement obligations;

- most fines, penalties, forfeitures, and criminal restitution obligations; and
- certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

- fraud or theft;
- fraud or defalcation while acting in breach of fiduciary capacity;
- intentional injuries that you inflicted; and
- death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   |        |                    |
|---|-------:|--------------------|
|   | $1,167 | filing fee         |
| + | $550   | administrative fee |
|   | $1,717 | total fee          |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

## Read These Important Warnings

**Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.**

**Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.**

**You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.**

**Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Chapter 12:  Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|---|---|
| + | $75 | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

## Chapter 13:  Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|---|---|
| + | $75 | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,
- most student loans,
- certain taxes,
- debts for fraud or theft,
- debts for fraud or defalcation while acting in a fiduciary capacity,
- most criminal fines and restitution obligations,
- certain debts that are not listed in your bankruptcy papers,
- certain debts for acts that caused death or personal injury, and
- certain long-term secured debts.

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

## Bankruptcy crimes have serious consequences

- If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

- All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

## Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

## Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

# UNITED STATES BANKRUPTCY COURT

Eastern    DISTRICT OF    Michigan

In re

Marcus Sr. and Florence I. Person

_____ Debtor

Case No. _____
Chapter    |    7

## STATEMENT OF ATTORNEY FOR DEBTOR (S)
## PURSUANT TO F.R.BANKR.P. 2016(b)

The undersigned, pursuant to 11 U.S.C. § 329(a) and F.R.Bankr.P. 2016(b), states that:

1. The undersigned is the attorney for the Debtor(s) in this case.

2. The compensation paid or agreed to be paid by the Debtor(s) to the undersigned is: (Check one)

   **FLAT FEE**

   A. For legal services rendered in contemplation of and in connection with this case, exclusive of the filing fee paid ......... $    1,000.00

   B. Prior to filing this statement, received ......... $    1,000.00

   C. The unpaid balance due and payable is ......... $    -

   **RETAINER**

   A. Amount of retainer received ......... $    -

   B. The undersigned shall bill against the retainer at an hourly rate of $250.00. (Or attach firm hourly rate schedule.) Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

   Check this box if such payment or agreement was made after one year before the date of the filing of the petition.    .    .

3.  $    335.00    total filing fee charges    $    335.00    received    $    -    due and payable

3a  $    -    total credit counseling charges    $    -    received    $    -    due and payable

4   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including: (Cross out any that do not apply.)

   A. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   B. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

   C. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   D. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

   E. Reaffirmations;

   F. Redemptions;

   G. Other:    _____

5. A supplemental statement will be filed within 15 days after any payment or agreement not disclosed in this statement.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services. The attorney and the debtor agree to the following fees if necessary:

   Additional copy of petition after discharge: $25    Amend Schedules to add omitted creditors before discharge (Ch. 7): $125

   Request to adjourn or non-attendance at 341 hearing: $75    Adversary Proceedings Defenses: retainer at hourly rate set above.

   Redemptions: $200    2004 Deposition called by Creditor: $75

   Chapter 13 post-confirmation compensation shall be by application to the court at the hourly rate set above.

7. The source of payments to the undersigned was from:

   A.    Debtor(s) earnings, wages, compensation for services performed.

   B.    Other (describe, including the identity of payor)    _____

8. The undersigned has not shared or agreed to share, with any other person, other than with members of the undersigned's law firm or corporation, any compensation paid or to be paid except as follows:
_____

Date:    June 28, 2019

X _____
John A. Streby (P-26397)

Agreed: _____
Debtor

_____
Debtor

Advanced Diagnostic Imaging
Shek Law Offices
803 N Michigan Ave
Saginaw, MI  48602

American Medical Collection
Quest Diagnostics
4 Westchester Plaza #110
Elmsford, NY  10523

Asset Acceptance
Best Buy
PO Box 2036
Warren, MI  48090-2036

AT&T Mobility
Credence Resource
17000 Dallas Parkway #204
Dallas, TX  75248

Capital Alliance Financial
3923 28th St SE #386
Grand Rapids, MI  49546

Capital One Bank
PO Box 30285
Salt Lake City, UT  84130-0285

Danbury Mint
Universal Fidelity
PO Box 219785
Houston, TX  77218-9785

Disney Movie Club
PO Box 758
Neenah, WI  54957-0758

Genesys Integrated Grp Diagnostics
6634 Solutions Center
Chicago, IL  60677-6006

Genesys Regional Medical
One Genesys Parkway
Grand Blanc, MI  48439-1477

Genesys Regional Medical
22639 N 17th Ave
Phoenix, AZ  85027-1303


Gettington
6250 Ridgewood Rd
St Cloud, MN  56303


Ginny's
1112 7th Avenue
Monroe, WI  53566-1364


Great Lakes Anesthesia Assoc
6639 Solution Center
Chicago, IL  60677-6006


Henry Ford Health System
PO Box 339
Troy, MI  48099-0339


Henry Ford Health System
PO Box 553920
Detroit, MI  48255-3920


Home Depot Credit Services
PO Box 653000
Dallas, TX  75265-3000


HSBC Bank Nevada
Allied Interstate
3000 Corporate Exchange Dr #F5
Columbus, OH  43231


Hurley ER Phy Group
PO Box 79001
Drawer 1773
Detroit, MI  48279-1773


Hurley Medical Center
1 Hurley Plaza
Flint, MI  48503

Jefferson Capital
Fingerhut
16 McLeland Rd
Saint Cloud, MN 56303

Lane Bryant
Comenity
PO Box 182125
Columbus, OH 43218-2125

LJ Ross
re Henry Ford Health
PO Box 6099
Jackson, MI 49204-6099

Mary Jane Elliott
Atty for Jefferson Capital
24300 Karim Blvd
Novi, MI 48375

Merchants & Medical Credit
re Hamilton, Hurley, Trager
6324 Taylor Dr
Flint, MI 48507-4685

Midland Funding LLC
Chase Bank USA
PO Box 12914
Norfolk, VA 23541

Midland Funding LLC
Citibank Home Depot
PO Box 6003
Hagerstown, MD 21747

Midland Mortgage
PO Box 268806
Oklahoma City, OK 73126

Ostermans
Northland Group
PO Box 390846
Minneapolis, MN 55439

Pathology Consultants
PO Box 2468
Indianapolis, IN 46206-2468

Portfolio Recovery
PO Box 12914
Norfolk, VA  23541


Portfolio Recovery
Fashion Bug / WFNB
PO Box 12914
Norfolk, VA  23541

Portfolio Recovery
Venue / Mason Shoes
PO Box 12914
Norfolk, VA  23541

Portfolio Recovery
Sterling Jewelers JB Robinson
PO Box 12914
Norfolk, VA  23541

Portfolio Recovery Associates
re Lane Bryant World Fiancial
PO Box 12914
Norfolk, VA  23541

Quest Diagnostics
PO Box 740020
Cincinnati, OH  45274-0020


Quest Diagnostics
Credit Collection Services
725 Canton St
Norwood, MA  02062

RDA Enthusiast
North Shore Agency
270 Spagnoli Rd #110
Mellville, NY  11747

Regional Medical Imaging
3346 Lennon Rd
Flint, MI  48507


Russell Collection Agency
re Pathology & Hurley Physican
PO Box 7009
Flint, MI  48507-0009

Scheer Green & Burke
Atty for Genesys Medical
1 Seagate #640
Toledo, OH 43604-1358

Shermeta Law Group
Atty for Capital One
PO Box 5016
Rochester, MI 48308

Stenger & Stenger PC
Atty for Capital Alliance
2618 E Paris Ave SE
Grand Rapids, MI 49546

Stillman Law Office
Atty for Midland Funding LLC
30057 Orchard Lake Rd #200
Farmington Hills, MI 48334

U of M Credit Union
PO Box 7850
Ann Arbor, MI 48107

U of M Health System
Dept CH 14410
Palatine, IL 60055-4410

Wal-Mart
PO Box 981401
El Paso, TX 79998-1401

Weber & Olcese PLC
Atty for Portfolio & Capital One
3250 W Big Beaver Rd #124
Troy, MI 48084